XIAO XIA ZHANG, Respondent, v HERBERT E. WILLIS, Appellant. [937 NYS2d 652]

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.